## GOODEN v. BROOKS, COMR. OF LABOR

No. 39.

(Formerly No. 70 PC Spring Term 1979.)

Case below: 39 N.C. App. 519.

Order dated 1 May 1979 (297 N.C. 299) allowing discretionary review under G.S. 7A-31 is vacated and the proceedings in the cause in the Supreme Court are dismissed 4 December 1979.

## HIGH v. PARKS

No. 65 PC.

Case below: 42 N.C. App. 707.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 December 1979.

## HOLLEY v. COGGIN PONTIAC

No. 82 PC.

Case below: 43 N.C. App. 229.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1979.

## HUDSON v. HUDSON

No. 46 PC.

No. 32 (Spring Term).

Case below: 42 N.C. App. 647.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 December 1979.

## JOHNSON v. PODGER

No. 71 PC.

Case below: 43 N.C. App. 20.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1979.